Eighth Circuit granted. *Messrs. Byron S. Paine* and *Samuel Herrick* for petitioners. *Mr. A. K. Gardner* for respondent. See *post,* p. 775.

No. 601. AETNA INSURANCE COMPANY ET AL. *v.* BEN C. HYDE, SUPERINTENDENT, ETC. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Missouri granted. *Messrs. Charles E. Hughes, Robert J. Folonie, William S. Hogsett, Ashley Cockrill,* and *John S. Leahy* for petitioners. *Messrs. North T. Gentry* and *John T. Barker* for respondent.

No. 570. UNITED STATES *v.* UNITED CIGAR STORES COMPANY OF AMERICA. November 23, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. A. W. Gregg* for the United States. *Messrs. S. M. Stroock, C. C. Carlin,* and *M. Carter Hall* for respondent.

No. 604. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* WESTERN UNION TELEGRAPH COMPANY. November 23, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Mitchell, Messrs. Chauncey G. Parker,* and *Ralph H. Hallett* for petitioner. *Messrs. Francis R. Stark* and *Paul E. Lesh* for respondent.

No. 605. N. AND G. TAYLOR COMPANY, INC. *v.* JOHN A. ANDERSON AND C. A. GUSTAFSON, DOING BUSINESS, ETC. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Henry S. Drinker, Jr.,* and *Robert W. Childs* for petitioner. *Mr. Hobart P. Young* for respondents.